CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

JAN 16 2024

LAURA A. AUSTIN, CLERK
BY: *ABeeson*
DEPUTY CLERK

**For Clerk's Office Use**

| Judge | Rec'd |
|---|---|
| J | |

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

_Charles Carr_                                       _2102741_
Plaintiff full name                                  Inmate No.

v.                          CIVIL ACTION NO. _7:24CV46_

_Gene Hart Attorney_
Defendant(s) full name(s)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Current facility and address: _Green Rock Correctional Ctr P.O. Box 1000 Chatham VA 24531_

B. Where did this action take place? _Harrisonburg VA Rockingham Regional Jail_

C. Have you begun an action in state of federal court dealing with the same facts involved in this complaint? _some of the facts are the same But each case is Different._

_____ Yes        _X_ No

If your answer to A is Yes, answer the following:

   1. Court: _____

   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   _X_ Yes        _X_ No   _not sure_

4

1. If your answer is Yes, indicate the result:

    On The Police Kiosk I Did

2. If your answer is No, indicate why:

    noT Sure about any surveillances

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what actions(s) each defendant took in violation of your federal rights and include the relevant dates and places. Do not give any legal arguments or cite any cases or statutes. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

    I wish To Take Civil Suit for Slandering. Gary Would Represent Me In Court But when He came

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

    To talk To me in The Jail He would call me A pedofile CSB Lady Michelle Woods Said He needs To Be Replaced.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

    I Demand Judgment 3 million Dollars Along with Gary Hart Bered from Law practice

G. If this case goes to trial do you request a trial by jury?  _X_ Yes  ___ No

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.  Best of my knowledge

DATED: 1/4/24        SIGNATURE: Chally E Carter

VERIFICATION:

I, _Charles Cam_, state that I am the plaintiff in this action and I know the content of the above complaint that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that is was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if that complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct. _Best of my knowledge_

DATED: _1/4/24_     SIGNATURE: _Charles Cam_

6

Charles Carr # 2102741
Groc
P.O. Box 1000
Chatham, VA
24531

Clerk, U.S. District Court,
210
Franklin Road, S.W.
Suite 540
Roanoke, VA 24011-2208